LARRY M. BAKMAN
1901 Avenue of the Stars
Suite 200
Los Angeles, California 90067
Telephone:(310) 461-1555
Facsimile: (310) 461-1556
Email: lbakman@lbakmanlaw.com
State Bar #088964
Attorney for Defendant, Ali Reza Serri

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO: CR 10-663-AHM |
|---|---|
| Plaintiff, | DECLARATION IN SUPPORT OF REQUEST FOR BAIL HEARING ON APRIL 26, 2011 AT 4:00 P.M. |
| vs. | |
| ALI REZA SERRI, | |
| Defendant. | |

Defendant, ALI REZA SERRI, by and through his counsel of record, Larry M. Bakman, hereby applies to this Court for an Order setting this matter for review of Magistrate Jacqueline Chooljian's order dated march 9, 2011 revoking defendant's bond.

DECLARATION OF LARRY M. BAKMAN

I, Larry M. Bakman declare as follows;

1. I am an attorney licensed to practice before the Courts of the State of California and the State of New York including but not limited to the United States District Court for the Central District of California. I am attorney of record for defendant, Ali Reza Serri.

-1-

2. That my review of Pacer and the docket sheet for the instant case attached hereto as Exhibit 1 reflects the following:

3. That on February 10, 2011 defendant was convicted by Jury of counts two, three and four of the second superseding indictment alleging violations of possession of unauthorized access devices and device making equipment. The court thereafter set the matter for sentencing on June 16, 2011.

4. Despite said verdicts, this Court allowed defendant to remain free on bond under the same terms and conditions as those filed on June 17, 2010.

5. That on February 25, 2011, United States Pretrial Services wrote a letter to the Honorable A. Howard Matz requesting that defendant's bond be revoked in that defendant had been arrested by the Los Angeles Police Department for the alleged theft of a motor vehicle. A copy of said letter is attached hereto as Exhibit 2.

6. Defendant's matter was apparently referred to Magistrate Jacqueline Chooljian who on March 9, 2011 revoked defendant's bond on the finding that there was probable cause to believe that defendant had committed a federal, state, or local crime while on release. A copy of the Court's March 9, 2011 order of revocation is attached hereto as Exhibit 3.

7. Defense counsel's understanding at present is that defendant submitted at the hearing before the Magistrate Judge on March 9, 2011. That since such time, no state court prosecution has been brought and that defendant denies the allegations contained in the Pre-trial services communication sent to this Court on February 25, 2011.

8. That defense counsel's understanding is that defendant has made all of his previous court appearances in this matter, and has complied with the conditions of his pre-trial release bond excepting the allegations made by United States Pretrial services.

9. Recognizing the fact that defendant will likely be sentenced by this Court in the near future and that the sentence imposed will most likely will include incarceration, defendant nevertheless would request that this Court allow him to remain free on bond pending his sentencing date such that he can arrange his affairs prior to being incarcerated.

10. As a result of this request, defendant is requesting that the Court conduct a bail review hearing as to the order imposed by Judge Chooljian on March 9, 2011 and that the Court release defendant pending sentencing on the same terms and conditions of his pretrial bond prior to his trial.

11. That I have spoken to the Court's clerk and cleared with the Clerk the day of April 26, 2011 at 4:00 p.m. for hearing on this request.

12. That on April 18, 2011 I had also spoken to the Assistant United States Attorney assigned to this matter, Thomas Stout, and ascertained that he would be free to conduct said review hearing on said date.

13. That on today's date, I telephoned Mr. Stout advising that the Court clerk had cleared the date of April 26th for said hearing and providing notice that I was making a formal request in writing for review of Judge Chooljian's order of revocation.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed this 20th day of April, 2011 at Los Angeles, California.

LARRY M. BAKMAN
Attorney for Defendant